IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:03-CR-00012-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **ORDER** |
| ERIC BERNARD SMITH, | |
| Defendant. | |

Pursuant to the First Step Act of 2018 and upon Motion of Defendant **ERIC BERNARD SMITH** for an Amended Judgment and reduction in sentence, the Court hereby orders that Defendant's term of imprisonment and commitment to custodial authorities is reduced to an aggregate sentence of **TWO HUNDRED TEN (210) MONTHS.** The Government has indicated that it agrees with this reduction to Defendant's sentence.

The Court further **ORDERS** that the Defendant, upon release from imprisonment, shall be placed on supervised release for a term of eight (8) years on Count 1 and six (6) years on Count 3, to be run concurrently, for a total term of supervised release of eight (8) years.

All other terms and conditions of Defendant's sentence remain in full force and effect.

**IT IS SO ORDERED.**

Signed: January 31, 2020

Kenneth D. Bell
United States District Judge